EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Raquel Lespier Rosaly | 2008 TSPR 158<br><br>175 DPR _____ |

Número del Caso: TS-9507


Fecha: 19 de septiembre de 2008


Abogado de la Parte Peticionaria:


                Por Derecho Propio


Colegio de Abogados de Puerto Rico:


                Lcdo. José M. Montalvo Trías
                Director


Materia: Baja voluntaria del ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

                                    TS-9507

Raquel Lespier Rosaly


Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Rivera Pérez y la Juez Asociada señora señora Rodríguez Rodríguez


RESOLUCION

San Juan, Puerto Rico, a 19 de septiembre de 2008

Atendida la *Moción en Contestación a Resolución* presentada por el Colegio de Abogados de Puerto Rico en la que expresa no tener objeción a la baja voluntaria de la Lcda. Raquel Lespier Rosaly del ejercicio de la profesión, se autoriza a la Lcda. Raquel Lespier Rosaly a darse de baja voluntariamente de dicha institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo